**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DRAKEN INTERNATIONAL,**

**LLC,**

**Plaintiff/Counter-Defendant,**

**v.** **Case No.: 8:25-cv-2206-JSM-AAS**

**DENEL SOC LTD.,**

**Defendant/Counter-Plaintiff.**

______________________________________/

# ORDER

Defendant/Counter-Plaintiff Denel SOC Ltd., requests an order to maintain the sealing of Plaintiff/Counter-Defendant Draken International LLC's Motion to Compel Production of Tape Backups (Doc. 45), Denel's Opposition to the Motion to Compel (Doc. 47), the Declaration of Thivian Vadivelun (Doc. 47-2), the Declaration of Russel Brown (Doc. 47-1), and White & Case's June 7, 2026 letter to Draken's counsel, filed as Exhibit 8 to Draken's motion (Doc. 45-1) (collectively, the "Sealed Documents") beyond the ninety days outlined in Local Rule 1.11(e), M.D. Fla. (Doc. 67). Plaintiff/Counter-Defendant Draken international, LLC does not oppose the motion. (*Id.*).

The public has a common-law right to access judicial proceedings, including the right to inspect and copy public records and court documents. *See Chicago Trib. Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1311 (11th Cir.

2001). However, "[t]he common law right of access may be overcome by a showing of good cause, which requires balancing the asserted right of access against the other party's interest in keeping the information confidential." *Romero v. Drummond Co., Inc.*, 480 F.3d 1234, 1246 (11th Cir. 2007).

The court has already held the information contained in the Sealed Documents warranted filing under seal (*See* Docs. 43, 44). For the same reasons, good cause exists to extend this limited seal of the pricing information indefinitely. *See Thompson v. U.S. Dept. of Homeland Security*, No. 8:24-cv-349-KKM-AAS, 2025 WL 1370051, at *1 (M.D. Fla. May 12, 2025) (ordering an indefinite seal under L.R. 1.11(e) of financial and business records "for the reasons the court initially granted the seal"); *Beneficial Blends, LLC v. Cargill, Inc.*, 2026 WL 538458, at *2 (M.D. Fla. Feb. 26, 2026) (extending a limited seal indefinitely "[f]or the same reasons" the court previously found sealing warranted). Thus, the court grants Denel's request to permanently seal the following documents: Draken International LLC's Motion to Compel Production of Tape Backups (Doc. 45), Denel's Opposition to the Motion to Compel (Doc. 47), the Declaration of Thivian Vadivelu (Doc. 47-2), the Declaration of Russel Brown (Doc. 47-1), and White & Case's June 7, 2026 letter to Draken's counsel, filed as Exhibit 8 to Draken's motion (Doc. 45-1).

Accordingly, Denel's motion to maintain the seal of the Sealed Documents (Doc. 67) is **GRANTED**. Absent a future order to the contrary, these documents will remain under seal indefinitely.

**ORDERED** in Tampa, Florida, on November 25, 2026.

Amanda Arnold Sansone

AMANDA ARNOLD SANSONE
United States Magistrate Judge